%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Wanda Johnson and Patrick Johnson, by his M/N/G Wanda Johnson

V.

City of New York, Eric Reynolds, Joseph Petrillo, John and Jane Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00512

TO: (Name and address of Defendant)

Police Officer Eric Reynolds
c/o NYPD 49 Precinct
2121 Eastchester Road
Bronx, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE JAN 1 8 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE January 30, 2008 at 8:45 AM |
| NAME OF SERVER *(PRINT)* William Morrison | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD 49th Precinct 2121 Eastchester Rd Bronx NY 10461

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon P.O. Wheeler, co-worker of the defendant. M, W, GR, 59, 5'7, 175

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/30/08
Date

Signature of Server
William Morrison - 870436

83 West Forest Avenue Teaneck, NJ 07666
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.